# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

Conference Adjourned
From: 6/16/22
To: 7/25/22 at 12:30 p.m.
SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
Date: 6-9-22

June 9, 2022

**Via ECF**
Hon. P. Kevin Castel, USDJ
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Indemnity Ins. Co. of N.A. v. Mediterranean Shipping Co. *et al.*
      Civil Action No. 1:22-cv-3296 (PKC)
      HR Ref. No.: 352089

Dear Judge Castel:

We are counsel for the Plaintiff in the above referenced action. We write with the consent of counsel for Co-Defendant Globerunners, Inc., to respectfully request an adjournment of approximately thirty (30) days of the Initial Pretrial Conference currently scheduled for June 16, 2022, at 10:30am EDT. We have written to the claim representative for Co-Defendant Mediterranean Shipping Co. S.A. ("MSC") regarding the conference, but have not received a reply yet. This is the first request for an adjournment.

This is an action brought for recovery for the claimed loss of cargo pursuant to the U.S. Carriage of Goods By Sea Act, for cargo carried by the defendants. The action has been brought in this Court pursuant to a jurisdiction clause in the terms and conditions of the master ocean bill of lading issued by MSC to Globerunners for the cargo shipped by the insured of the Plaintiff. We have not effected formal service of the summons and complaint to date, but have inquired of the Defendants as to whether they would be amenable to waivers of service pursuant to FRCP 4(d), and expect to complete compliance with Rule 4 in that manner.

However, given that MSC as the first named defendant and party whose contract of carriage requires litigation in this District has not responded to our informal inquiries, the undersigned and counsel for Globerunners agree that an initial conference to set discovery dates at this time would be premature. To that end, we respectfully request an adjournment to a date approximately thirty days beyond the currently scheduled conference.

We thank the Court for its courtesies in this matter and remain available to respond to any inquiries Your honor may have.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. P. Kevin Castel, USDJ
June 9, 2022
Page Two

                        Respectfully yours,

                        HILL RIVKINS LLP

                        John J. Sullivan

CC:    Carlos Rodriguez, Esq. (carlos.rodriguez@huschblackwell.com)
         Michael Klebanov, Esq. (michael.klebanov@huschblackwell.com)
         *Counsel for Defendant Globerunners, Inc.*

         Stephen Day (Stephen.day@msc.com)
         *Claim Representative for Defendant MSC*

